1  LATHAM & WATKINS LLP
     Charles H. Samel (SBN 182019)
2  633 West Fifth Street, Suite 4000
   Los Angeles, California 90071-2007
3  Telephone:     (213) 485-1234
   Facsimile:     (213) 891-8763
4  Email: charles.samel@lw.com

5  Attorneys for Defendants
   ATI Technologies, Inc. and
6  Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ERICKSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No.  C-07-00914 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Scott Erickson ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), and ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") stipulate and agree as follows to extend the time to respond to the Complaint on file in this action.

1. On February 13, 2007, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1 and pendant state law claims. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 34 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1690971.1

1

Stipulation Extending Time
To Respond To Complaint
C-07-00914 SC

3. On December 8, 2006, plaintiffs in a related action before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). On January 16, 2007, AMD and Nvidia filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. Other parties have filed papers with the Panel supporting centralization in the Central District of California. The Panel has scheduled a hearing on the JPML Motion for March 29, 2007.

4. In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties agree to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

Respectfully submitted,

Dated: March 6, 2007

LATHAM & WATKINS LLP

By:  /s/ Charles H. Samel
  Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

Dated: March 6, 2007
COOLEY GODWARD KRONISH LLP

By:  /s/ James Donato
  James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

Dated: March 1, 2007
FURTH LEHMANN & GRANT LLP

By:  /s/ Christopher L. Lebsock
  Christopher L. Lebsock

Attorneys for Plaintiff
SCOTT ERICKSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1690971.1

2

Stipulation Extending Time
To Respond To Complaint
C-07-00914 SC

1  FILER'S ATTESTATION:

2       Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: March 6, 2007

5                                             By: /s/ Charles H. Samel
                                                   Charles H. Samel